THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANFORD WILLIAMS, JR.,

    Petitioner,

v.

COMMONWEALTH OF
PENNSYLVANIA, *et al.*,

    Respondents.

3:20-CV-1516
(JUDGE MARIANI)
(Magistrate Judge Mehalchick)

FILED
SCRANTON
JUN 1 0 2022
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 10th DAY OF JUNE, 2022**, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 27) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 27) is **ADOPTED** based on this Court's determination that Petitioner's claims fail as a matter of law.

2. Sanford Williams, Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

_____
Robert D. Mariani
United States District Judge